United States District Court
Southern District of New York

KAL Wine Source SAS

    Plaintiff

VS

Sherry-Lehmann, Inc.

    Defendant

**PROOF OF SERVICE**

File/Index No.: 23 CV 03678
Issued On: 5/3/2023
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Sherry-Lehmann, Inc.**

STATE OF New York, COUNTY OF New York: ss

Sean LaFleur does hereby declare and/or certify as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 5/9/2023 at 11:37 AM at 505 Park Avenue, New York, NY 10022, I effected service of process of the following documents: Summons & Complaint upon Sherry-Lehmann, Inc., a/the defendant in this matter/proceeding:

by delivering to and leaving a true copy thereof with Shyda Gilmer, who is a/the Co-owner of/for Sherry-Lehmann, Inc..

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: White Age: 40-50 Height: 6-0 to 6-3 Eyes:  Weight: 180-200 Hair: gray and black

Declared and/or Certified on

May 10, 2023

Sean LaFleur 1189351
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R89019

Corporate Delivery to a person