UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAL Wine Source SAS,

Plaintiff,

v.

Sherry-Lehmann, Inc.,

Defendant.

Civil Action No. 1:23-cv-03678

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that, upon (i) the accompanying Memorandum of Law In Support Of Plaintiff's Motion for a Default Judgment dated June 16, 2023 and (ii) the Declaration of David G. Trachtenberg, Esq., dated June 16, 2023 and exhibits thereto, the undersigned will move this Court, before the Honorable Lewis J. Liman, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 55 (b) and Local Rule 55.2 to enter default judgment in favor of Plaintiff KAL Wine Source SAS against Defendant Sherry-Lehmann, Inc. ("Sherry-Lehmann") together with such other, further and different relief as may be just and proper on the ground that Defendant Sherry-Lehmann failed to answer or otherwise defend against the Complaint (ECF Dkt. No. 1).

Dated: New York, New York
June 16, 2023

Respectfully submitted,

TRACHTENBERG & ARENA, LLP

*Attorneys for Plaintiff KAL Wine Source SAS*

By: ______________________________

David G. Trachtenberg (0675)
dtrachtenberg@talaw.law
420 Lexington Avenue, Ste 2818
New York, New York 10170
(212) 972-1375