EXHIBIT C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAL Wine Source SAS

                    **Plaintiff(s),**

                                                    23 _____ **Civ.** 03678 _____ LJL
         **- against -**                                        (____)

Sherry-Lehmann, Inc.                                **CLERK'S CERTIFICATE**
                                                    **OF DEFAULT**

                    **Defendant(s),**
------------------------------------------------------------X

         **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, do hereby certify that this action was commenced on

May 2, 2023
_____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) _Sherry-Lehmann, Inc._____

by personally serving _Shyda Gilmer CEO/co-owner of Sherry-Lehmann, Inc. on May 9, 2023_,

*and proof of service was therefore filed on* _June 14, 2023_____, *Doc. #(s)* _6_____.

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

**Dated: New York, New York**

         ___June 15____, **20**23___                **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                        **By:** _____

                                                    **Deputy Clerk**

SDNY Web 3/2015