# EXHIBIT D

**Your Sherry-Lehmann Order**

confirmation@sherry-lehmann.com
To: thomas@wine-source.com

↶ Reply   ↶ Reply All   → Forward   ···
Tue 8/2/2022 12:34 PM

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.

505 Park Ave (at 59th St) . New York, NY 10022 . (212) 838-7500 . Fax (212) 838-9285
www.sherry-lehmann.com

Thank you for your order #7684097, placed on 08/02/22.

Your receipt is below. If you have any questions or concerns, feel free to contact us at inquiries@sherry-lehmann.com (please include your order number in the subject line) or call (212) 838-7500. **Please DO NOT reply to this email.**

## Receipt

**ORDER #7684097    ORDERED ON 08/02/2022    SALESPERSON 5**

SOLD-TO #: 1249063
THOMAS LAMBERT
81 Boulevard pierre ier
le Bouscat, 33110
(336)236-41449
FRANCE
Contact: SG

(Sold to: THOMAS LAMBERT 1249063 - 7684097-001)

SHIP TO:
THOMAS LAMBERT
KAL WINE SOURCE SAS
81 Boulevard pierre ier
le Bouscat, 33110
FRANCE

| QTY | BIN# | DESCRIPTION | SIZE | PRICE | EXT. |
|---|---|---|---|---|---|
| 3 | E2979 | 19 DOMAINE ROMANEE CONTI ROMANEE CONTI | F | $17800.0 | $53400.0 |
|  | AB99 | LESS DISCOUNT PER SG |  |  |  |
|  | AB96 | RETURN AUTHORIZED BY MANAGER - |  |  |  |

Subtotal: $53400.0    Shipping: $0.0    Insurance: $0.0    Tax: $0.0    TOTAL: **$53400.0**

**GRAND TOTAL FOR THIS ORDER**

Subtotal: $53400.0    Shipping: $0.0    Insurance: $0.0    Tax: $0.0    TOTAL: **$53400.0**
Payment Method:

Cancelled and/or returned orders are subject to a 6% restocking fee.
Returns accepted within 90 days.

Your Sherry-Lehmann Order

 confirmation@sherry-lehmann.com
To: thomas@wine-source.com

 Reply | Reply All | Forward
Tue 8/2/2022 12:45 PM

If there are problems with how this message is displayed, click here to view it in a web browser.



505 Park Ave (at 59th St) . New York, NY 10022 . (212) 838-7500 . Fax (212) 838-9285
www.sherry-lehmann.com

Thank you for your order #7684099, placed on 08/02/22.

Your receipt is below. If you have any questions or concerns, feel free to contact us at inquiries@sherry-lehmann.com (please include your order number in the subject line) or call (212) 838-7500. **Please DO NOT reply to this email.**

# Receipt

**ORDER #7684099**     **ORDERED ON 08/02/2022**     **SALESPERSON 5**

SOLD-TO #: 1249063
THOMAS LAMBERT
81 Boulevard pierre ier
le Bouscat, 33110
(336)236-41449
FRANCE
Contact: SG

(Sold to: THOMAS LAMBERT 1249063 - 7684099-001)

**SHIP TO:**   THOMAS LAMBERT
KAL WINE SOURCE SAS
81 Boulevard pierre ier
le Bouscat, 33110
FRANCE

| QTY | BIN# | DESCRIPTION | SIZE | PRICE | EXT. |
|---|---|---|---|---|---|
| 3 | E2973 | 19 DOMAINE ROMANEE CONTI CORTON-CHARLEMAGNE | F | $2200.0 | $6600.0 |
| 12 | E2976 | 19 DOMAINE ROMANEE CONTI LA TACHE | F | $4400.0 | $52800.0 |
| 18 | E2978 | 19 DOMAINE ROMANEE CONTI RICHEBOURG | F | $2400.0 | $43200.0 |
| 18 | E2978 | 19 DOMAINE ROMANEE CONTI RICHEBOURG | F | $2500.0 | $45000.0 |
| 3 | E2979 | 19 DOMAINE ROMANEE CONTI ROMANEE CONTI | F | $17800.0 | $53400.0 |
|  | AB99 | LESS DISCOUNT PER SG |  |  |  |

Subtotal: $201000.0    Shipping: $0.0    Insurance: $0.0    Tax: $0.0    **TOTAL: $201000.0**

**GRAND TOTAL FOR THIS ORDER**

Subtotal: $201000.0    Shipping: $0.0    Insurance: $0.0    Tax: $0.0    **TOTAL: $201000.0**
Payment Method:

Cancelled and/or returned orders are subject to a 6% restocking fee.
*Returns accepted within 90 days.*

Your Sherry-Lehmann Order


confirmation@sherry-lehmann.com
To ○ thomas@wine-source.com


Sat 8/20/2022 3:29 PM

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.



505 Park Ave (at 59th St) . New York, NY 10022 . (212) 838-7500 . Fax (212) 838-9285
www.sherry-lehmann.com

Thank you for your order #7685697, placed on 08/20/22.

Your receipt is below. If you have any questions or concerns, feel free to contact us at inquiries@sherry-lehmann.com (please include your order number in the subject line) or call (212) 838-7500. **Please DO NOT reply to this email.**

# Receipt

**ORDER #7685697**   **ORDERED ON 08/20/2022**   **SALESPERSON 5**

SOLD-TO #: 1249063
THOMAS LAMBERT
81 Boulevard pierre ier
le Bouscat, 33110
(336)236-41449
FRANCE
Contact: SG

(Sold to: THOMAS LAMBERT 1249063 - 7685697-001)

SHIP TO:
THOMAS LAMBERT
KAL WINE SOURCE SAS
81 Boulevard pierre ier
le Bouscat, 33110
FRANCE

| QTY | BIN# | DESCRIPTION | SIZE | PRICE | EXT. |
|---|---|---|---|---|---|
| 12 | E2976 | 19 DOMAINE ROMANEE CONTI LA TACHE | F | $4400.0 | $52800.0 |
| 0 | AB99 | LESS DISCOUNT PER SG | | $0.0 | $0.0 |

Subtotal: $52800.0   Shipping: $0.0   Insurance: $0.0   Tax: $0.0   TOTAL: $52800.0

**GRAND TOTAL FOR THIS ORDER**

Subtotal: $52800.0   Shipping: $0.0   Insurance: $0.0   Tax: $0.0   **TOTAL: $52800.0**
Payment Method:

Cancelled and/or returned orders are subject to a 6% restocking fee.
*Returns accepted within 90 days.*