# EXHIBIT E

**Your Sherry-Lehmann Order**

CL confirmation@sherry-lehmann.com
To: thomas@wine-source.com

↩ Reply   ↩ Reply All   → Forward   ⋯

Tue 8/2/2022 1:10 PM

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.



505 Park Ave (at 59th St) . New York, NY 10022 . (212) 838-7500 . Fax (212) 838-9285

www.sherry-lehmann.com

Thank you for your order #7684111, placed on 08/02/22.

Your receipt is below. If you have any questions or concerns, feel free to contact us at inquiries@sherry-lehmann.com (please include your order number in the subject line) or call (212) 838-7500. **Please DO NOT reply to this email.**

# Receipt

**ORDER #7684111      ORDERED ON 08/02/2022      SALESPERSON 5**

SOLD-TO #: 1249063
THOMAS LAMBERT
81 Boulevard pierre ier
le Bouscat, 33110
(336)236-41449
FRANCE
Contact: SG

(Sold to: THOMAS LAMBERT 1249063 - 7684111-001)

**SHIP TO:**
THOMAS LAMBERT
KAL WINE SOURCE SAS
81 Boulevard pierre ier
le Bouscat, 33110
FRANCE

| QTY | BIN# | DESCRIPTION | SIZE | PRICE | EXT. |
|---|---|---|---|---|---|
|  | CRM | CREDIT MEMO |  |  |  |
| 1 | OB | OB END OF BIN | F | $45792.0 | $45792.0 |
|  | AB99 | CREDIT ABOVE ACCOUNT YA 1249063 |  |  |  |
|  | AB99 | CREDIT PER SG |  |  |  |

Subtotal: $45792.0      Shipping: $0.0      Insurance: $0.0      Tax: $0.0      **TOTAL: $45792.0**

**GRAND TOTAL FOR THIS ORDER**

Subtotal: $45792.0      Shipping: $0.0      Insurance: $0.0      Tax: $0.0      **TOTAL: $45792.0**
Payment Method:

Cancelled and/or returned orders are subject to a 6% restocking fee.
Returns accepted within 90 days.

**Your Sherry-Lehmann Order**

  confirmation@sherry-lehmann.com
To  ○ thomas@wine-source.com

 Reply   Reply All   Forward   ...

Sun 8/21/2022 7:29 PM

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.



505 Park Ave (at 59th St) . New York, NY 10022 . (212) 838-7500 . Fax (212) 838-9285

www.sherry-lehmann.com

Thank you for your order #7685743, placed on 08/21/22.

Your receipt is below. If you have any questions or concerns, feel free to contact us at inquiries@sherry-lehmann.com (please include your order number in the subject line) or call (212) 838-7500. **Please DO NOT reply to this email.**

## Receipt

**ORDER #7685743      ORDERED ON 08/21/2022      SALESPERSON 5**

SOLD-TO #: 1249063
THOMAS LAMBERT
81 Boulevard pierre ier
le Bouscat, 33110
(336)236-41449
FRANCE
Contact: SG

(Sold to: THOMAS LAMBERT 1249063 - 7685743-001)

**SHIP TO:**   THOMAS LAMBERT
KAL WINE SOURCE SAS
81 Boulevard pierre ier
le Bouscat, 33110
FRANCE

| QTY | BIN# | DESCRIPTION | SIZE | PRICE | EXT. |
|---|---|---|---|---|---|
|  | CRM | CREDIT MEMO |  |  |  |
| 1 | OB | OB END OF BIN | F | $9504.0 | **$9504.0** |
|  | AB99 | CREDIT ABOVE ACCOUNT YA 1249063 |  |  |  |
|  | AB99 | CREDIT PER SG |  |  |  |

Subtotal: $9504.0     Shipping: $0.0     Insurance: $0.0     Tax: $0.0     **TOTAL: $9504.0**

**GRAND TOTAL FOR THIS ORDER**

Subtotal: $9504.0     Shipping: $0.0     Insurance: $0.0     Tax: $0.0     **TOTAL: $9504.0**
Payment Method:

Cancelled and/or returned orders are subject to a 6% restocking fee.
*Returns accepted within 90 days.*