# EXHIBIT F

# Payment Details

**M&T Bank**

**Wine Source Group LLC - 444496515**

## PAYMENT ID: 516

| | |
|---|---|
| Payment Type | Wire - International |
| Status | Bank Confirmed |
| Entry Method | Freeform |
| Value Date | 08/03/2022 |
| Tran Date | 08/03/2022 |
| Credit Amount | 164,820.00 USD |
| Debit Amount | 164,820.00 USD |
| Exchange Rate | 1 |
| Customer Ref | Wine Source DRC |
| Tnum | 3919500 |
| Charges | OUR |
| 1st Confirmation | |
| 2nd Confirmation | WIRE REF:220803002481000; CHIPS REF:0350636 |

## DEBIT ACCOUNT

| | |
|---|---|
| Number | 9880176368 |
| Name | WINE SOURCE GROUP LLC |
| Type | Checking |
| Bank | MNTBANK |

## ORIGINATOR INFORMATION

| | |
|---|---|
| Name | WINE SOURCE GROUP LLC |
| ID | 9880176368 |
| Type | CUST |
| Country | US |

## BENEFICIARY

| | |
|---|---|
| Name | Sherry Lehmann |
| Country | FR |
| Account | 351322748 |

## BENEFICIARY BANK

| | |
|---|---|
| Account Type | Other |
| Bank Code | CHASUS33XXX |
| Bank | JPMORGAN CHASE BANK, N.A. |
| Address 1 | 383 MADISON AVENUE |
| City | NEW YORK |
| Country | US |

## SETTLEMENT INFORMATION

| | Timestamp |
|---|---|
| Extracted | 08/03/2022 10:21:19 AM |
| Bank Confirmed | 08/03/2022 10:21:33 AM |

## AUDIT INFORMATION

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 08/03/2022 10:21:06 AM | PKALMBACH | 444496515 |
| ENTERED | 08/03/2022 10:20:35 AM | THOMASLL | 444496515 |

Continued

# Payment Details

**M&T Bank**

Wine Source Group LLC - 444496515

## PAYMENT ID: 518

| | |
|---|---|
| Payment Type | Wire - International |
| Status | Bank Confirmed |
| Entry Method | Freeform |
| Value Date | 08/03/2022 |
| Tran Date | 08/03/2022 |
| Credit Amount | 43,788.00 USD |
| Debit Amount | 43,788.00 USD |
| Exchange Rate | 1 |
| Customer Ref | WSG DRC RC |
| Tnum | 3919590 |
| Charges | OUR |
| 1st Confirmation | |
| 2nd Confirmation | WIRE REF:220803002649000; CHIPS REF:0355315 |

## DEBIT ACCOUNT

| | |
|---|---|
| Number | 9880176368 |
| Name | WINE SOURCE GROUP LLC |
| Type | Checking |
| Bank | MNTBANK |

## ORIGINATOR INFORMATION

| | |
|---|---|
| Name | WINE SOURCE GROUP LLC |
| ID | 9880176368 |
| Type | CUST |
| Country | US |

## BENEFICIARY

| | |
|---|---|
| Name | Sherry Lehmann |
| Country | US |
| Account | 351322748 |

## BENEFICIARY BANK

| | |
|---|---|
| Account Type | Other |
| Bank Code | CHASUS33XXX |
| Bank | JPMORGAN CHASE BANK, N.A. |
| Address 1 | 383 MADISON AVENUE |
| City | NEW YORK |
| Country | US |

## SETTLEMENT INFORMATION

| | Timestamp |
|---|---|
| Extracted | 08/03/2022 10:31:20 AM |
| Bank Confirmed | 08/03/2022 10:31:35 AM |

## AUDIT INFORMATION

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 08/03/2022 10:30:42 AM | PKALMBACH | 444496515 |
| ENTERED | 08/03/2022 10:25:08 AM | THOMASLL | 444496515 |

Continued

# Payment Details

**M&T Bank**

Wine Source Group LLC - 444496515

### PAYMENT ID: 534

| | |
|---|---|
| Payment Type | Wire - International |
| Status | Bank Confirmed |
| Entry Method | Freeform |
| Value Date | 08/26/2022 |
| Tran Date | 08/26/2022 |
| Credit Amount | 43,296.00 USD |
| Debit Amount | 43,296.00 USD |
| Exchange Rate | 1 |
| Customer Ref | DRC La Tache |
| Tnum | 4076640 |
| Charges | OUR |
| 1st Confirmation | |
| 2nd Confirmation | WIRE REF:220826000896000; CHIPS REF:0250274 |

### DEBIT ACCOUNT

| | |
|---|---|
| Number | 9880176368 |
| Name | WINE SOURCE GROUP LLC |
| Type | Checking |
| Bank | MNTBANK |

### ORIGINATOR INFORMATION

| | |
|---|---|
| Name | WINE SOURCE GROUP LLC |
| ID | 9880176368 |
| Type | CUST |
| Country | US |

### BENEFICIARY

| | |
|---|---|
| Name | Sherry-Lehmann |
| Country | US |
| Account | 351322748 |

### BENEFICIARY BANK

| | |
|---|---|
| Account Type | Other |
| Bank Code | CHASUS33XXX |
| Bank | JPMORGAN CHASE BANK, N.A. |
| Address 1 | 383 MADISON AVENUE |
| City | NEW YORK |
| Country | US |

### SETTLEMENT INFORMATION

| | Timestamp |
|---|---|
| Extracted | 08/26/2022 06:00:02 AM |
| Bank Confirmed | 08/26/2022 06:00:36 AM |

### AUDIT INFORMATION

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 08/26/2022 03:35:40 AM | PKALMBACH | 444496515 |
| ENTERED | 08/26/2022 02:36:52 AM | THOMASLL | 444496515 |

Continued