# EXHIBIT G

# TRACHTENBERG & ARENA, LLP
### ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 2818
NEW YORK, NEW YORK 10170

DAVID G. TRACHTENBERG
DTRACHTENBERG@TALAW.LAW

TELEPHONE (212) 972-1375
TELECOPIER (212) 972-1376
WWW.TALAW.LAW

December 29, 2022

**VIA FEDERAL EXPRESS AND E-MAIL ADDRESSED TO:**
**Shyda.Gilmer@sherry-lehmann.com and Kris.Green@sherry-lehmann.com**

Ms. Shyda Gilmer
Sherry Lehmann
505 Park Avenue
New York, NY 10022

Ms. Kris Green
Sherry Lehmann
505 Park Avenue
New York, NY 10022

### RE: *Debt Owed to Wine Source Group LLC and KAL Wine Source SAS*

Dear Ms. Gilmer and Ms. Green,

This firm represents Wine Source Group LLC and KAL Wine Source SAS (collectively "Wine Source").

Reference is made to the following invoices for wine sold by Wine Source to Sherry Lehmann:

| Invoice Number | Date | Payment Due Date | Amount |
|---|---|---|---|
| 55394 | 3/31/22 | 4/30/22 | $105,450 |
| 55512 | 6/30/22 | 7/30/22 | $80,896 |

The remaining amount currently due and unpaid on these invoices is $121,950.

Reference is also made to the following order numbers and credit memos for wine ordered by Wine Source from Sherry Lehmann and paid for by Wine Source but not delivered by Sherry Lehmann:

|  | Order Number | Order Date | Amount |
|---|---|---|---|
|  | 7684097 | 8/2/22 | $53,400 |
|  | 7684099 | 8/2/22 | $201,000 |
|  | 7685697 | 8/20/22 | $52,800 |
| **Credit Memo** | 7684111 | 8/2/22 | -$45,792 |
| **Credit Memo** | 7685743 | 8/21/22 | -$9,504 |

The amount owed to Wine Source for wine purchased by Wine source but not delivered by Sherry Lehmann is $251,904.

This brings the total amount owed by Sherry Lehmann to Wine Source to $373,854.

The circumstances of this matter give rise not only to claims against Sherry Lehmann for goods sold and delivered and the passing of bad checks but also to claims against yourselves for common law fraud. We also understand that there may be evidence of fraudulent conveyances.

If you would like to discuss the commercial resolution of this matter before process is issued, please have your counsel contact the undersigned no later than the close of business on January 5.

Sincerely,

David G. Trachtenberg

Cc: Philippe Kalmbach
    Thomas Lambert-Laurent
    Serge Cohen-Salmon, Esq.

DGT:DL