UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
KAL Wine Source SAS,                    :
                                        :     Civil Action No. 1:23-cv-03678
                    Plaintiff,          :
v.                                      :
                                        :
Sherry-Lehmann, Inc.,                   :
                                        :
                    Defendant.          :
---------------------------------------------------x

## DEFAULT JUDGMENT

This action having been commenced on May 2, 2023 by the filing of the Summons and Complaint, the Summons and Complaint having been served on Defendant Sherry-Lehmann by hand on May 9, 2023 pursuant to the Federal Rules of Civil Procedure, proof of service having been filed on June 14, 2023, and Defendant having failed to answer or otherwise defend itself in the above-captioned action, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff KAL Wine Source SAS have judgment against Defendant Sherry-Lehmann, Inc. in the liquidated amount of $251,904.


Dated: New York, New York

_____


                                                          _____
                                                          LEWIS J. LIMAN, U.S.D.J


This document was entered on the docket on _____.

1