```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KAL WINE SOURCE SAS,                                               :
                                                                   :
                         Plaintiff,                                :
                                                                   :     23-cv-3678 (LJL)
         -v-                                                       :
                                                                   :         ORDER
SHERRY-LEHMANN, INC.,                                              :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023

LEWIS J. LIMAN, United States District Judge:

The Court convened a hearing on the motion for default judgment today. Plaintiff appeared. A lawyer who claimed to be in contact with Defendant was present but did not appear as counsel for Defendant. The Court continued the hearing to July 28, 2023 at 3:00 p.m. At that hearing, Defendant should be prepared to present evidence and/or argument as to why the Court should vacate the default and should not enter judgment in favor of Plaintiff. The Court will not entertain further requests to continue the hearing by Defendant.

SO ORDERED.

Dated: July 20, 2023                            _____
       New York, New York                                LEWIS J. LIMAN
                                                       United States District Judge