```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
KAL WINE SOURCE SAS,                                                 :
                                                                     :
                              Plaintiff,                             :
                                                                     :       23-cv-3678 (LJL)
            -v-                                                      :
                                                                     :           ORDER
SHERRY-LEHMANN, INC.,                                                :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record today in the hearing on Plaintiff's motion for default judgment, Dkt. No. 10, the Court awards Plaintiff a default judgment in damages in the amount of $251,904.

The Clerk of Court is respectfully directed to enter judgment in the amount of $251,904 for Plaintiff, to close Dkt. No. 10, and to close this case.

SO ORDERED.

Dated: July 28, 2023
       New York, New York

                                                    _____
                                                          LEWIS J. LIMAN
                                                    United States District Judge