**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KAL WINE SOURCE SAS,

               Plaintiff,

                                             23 **CIVIL** 3678 (LJL)

      -against-                          **DEFAULT JUDGMENT**

SHERRY-LEHMANN, INC.,

               Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated July 28, 2023, and for the reasons stated on the record today in the hearing on Plaintiff's motion for default judgment, the Court has awarded Plaintiff a default judgment in damages in the amount of $251,904; accordingly, the case is closed.

**DATED**: New York, New York
           July 31, 2023

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                           **BY**: _K. Mango_
                                                      **Deputy Clerk**