ABSTRACT OF JUDGMENT

Re: KAL Wine Source SAS v. Sherry-Lehmann, Inc.

Case Number: 1:23-cv-3678-LJL

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Sherry-Lehmann, Inc.<br>505 Park Avenue<br>New York, NY 10022 | KAL Wine Source SAS<br>81 Boulevard Pierre 1er, Le Bouscat,<br>Bordeaux 33110, France |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $251,904 | Trachtenberg & Arena, LLP<br>David G. Trachtenberg, Esq.<br>420 Lexington Avenue, Suite 2818<br>New York, NY 10170 | July 31, 2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York          , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk